# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CLEAN ENERGY RENEWABLES, LLC.** ) | Case No. 22-80432 |
| ) | |
| **Debtor.** ) | Chapter 11 |

**MOTION FOR ORDER GRANTING: (I) PRELIMINARY DETERMINATION THAT SPECIFIED CREDITORS DO NOT HOLD CASH COLLATERAL LIEN RIGHTS; (II) ALTERNATIVE RELIEF FOR INTERIM AUTHORITY TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. §363; AND (III) REQUEST FOR <u>EXPEDITED HEARING AND RELATED RELIEF</u>**

NOW Comes **CLEAN ENERGY RENEWABLES, LLC.**, the above-captioned Debtor and Debtor In Possession ("**Debtor**"), by and through its proposed undersigned counsel, and hereby submits this motion (the "**Motion**") for entry of an order that among other relief: (i) makes a **preliminary** determination that specified parties (the "**Specified Creditors**") which are identified herein do not hold lien rights in Cash Collateral of the Debtor; (ii) in the alternative authorizes the Debtor to use Cash Collateral as defined in Section 363 of title 11 of the United States Code (the "**Bankruptcy Code**") on an **interim** basis; and, (iii) grants the requested and other relief on an expedited/emergency hearing (the "**Expedited Hearing**") basis pursuant to Bankruptcy Rules 4001(b)(2) and 9006.

**In support of the Motion, the Debtor states the following:**

1. Debtor filed these Chapter 11 proceedings on July 18, 2022, and it is acting as Debtor In Possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §1408. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(M).

1

3. The appointment of a Subchapter V trustee is pending, as the Debtor has made a Subchapter V election.

4. Debtor provides instrument tower installation and maintenance services on a nationwide basis, with twenty-six (26) employees that travel to customer locations, from its headquarters location in Moline, Illinois. The continued use of its "cash collateral", as defined by Bankruptcy Code Section 363, is a necessity for the Debtor to remain a going concern for the benefit of the bankruptcy estate.

5. According to records of the Debtor, the following pre-petition creditors lent funds to the Debtor through "Merchant Cash Advances" (**MCA**s), whereby funds are lent based on a volume or percentage of anticipated accounts receivable rather than assigning (or "factoring") specific accounts receivable: **BIZFUND LLC, CFG MERCHANT SOLUTIONS LLC, EVEREST BUINESS FUNDING, FOX CAPITAL GROUP, KTK CAPITAL LLC, SECURED LENDER SOLUTIONS LLC, THE AVANZA GROUP LLC (**collectively the **"Specified Creditors")**.

6. On information and belief, the Debtor asserts that the Specified Creditors do **not** hold valid and perfected liens against cash collateral, as defined by 11 U.S.C. §363.

7. The Debtor therefore requests entry of an order that makes a **preliminary** determination that the Specified Creditors do not have cash collateral lien rights against the Debtor, without prejudice to any of the Specified Creditors seeking subsequent order(s) of this Court that make a final determination concerning the existence and extent of any asserted lien rights.

8. As alternative relief, the Debtor requests authority to use cash collateral on an interim basis pursuant to the attached six month projected income and expense budget (**Exhibit**

**"A"**) and provide adequate protection remedies for use of cash collateral to any of the Specified Parties as directed by this Court until the rights can be adjudicated.

9.     As the use of cash collateral is necessary for the Debtor to operate and the Specified Parties may assert rights therein, and the relief requested herein is preliminary and interim, the Debtor respectfully asserts that an expedited hearing with shortened notice pursuant to Bankruptcy Rule 4001 is appropriate.

## RELIEF REQUESTED

**WHEREFORE**, Debtor requests the following relief:

1.     A preliminary determination that **BIZFUND LLC, CFG MERCHANT SOLUTIONS LLC, EVEREST BUINESS FUNDING, FOX CAPITAL GROUP, KTK CAPITAL LLC, SECURED LENDER SOLUTIONS LLC, THE AVANZA GROUP LLC** do not have cash collateral lien rights against the Debtor as defined by Bankruptcy Code Section 363, without prejudice to any of those specified parties seeking subsequent order(s) of this Court that make a final determination concerning the existence and extent of any asserted lien rights;

2.     Alternative relief, if directed by this Court, that the Debtor be granted authority to use cash collateral, including but not limited to accounts receivable and deposit accounts, on an **interim** basis through ordinary course business operations in the approximate amounts contained in the projections contain in **Exhibit A** to this motion, and appropriate adequate protection pursuant to Bankruptcy Code Section 361 be provided;

3.     That this Court grant the interim relief on an expedited/emergency hearing basis pursuant with shortened notice pursuant to Bankruptcy Rules 4001 and 9006;

4.     For such other and further relief as is just.

Dated: July 19, 2022                        Respectfully Submitted,
                                                      **CLEAN ENERGY RENEWABLES, LLC,**
                                                      Debtor In Possession**,**

Sumner A. Bourne                        By: /s/ Sumner A. Bourne
Rafool & Bourne, P.C.                    One of its Proposed Attorneys
401 Main Street, Suite 1130
Peoria, IL 61602
Telephone: (309) 673-5535
Email: notices@rafoolbourne.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the attached document was served electronically through the CM/ECF system upon the following on July 19, 2022:

- **U.S. Trustee**     USTPRegion10.PE.ECF@usdoj.gov
- **Sabrina M Petesch**     sabrina.m.petesch@usdoj.gov

Dated: July 19, 2022

By: /s/ Sumner A. Bourne
Sumner A. Bourne

Rafool & Bourne, P.C.
Attorneys at Law
401 Main Street, Suite 1130
Peoria, IL  61602
Telephone:  (309) 673-5535
Facsimile:  (309) 673-5537
Email: notices@rafoolbourne.com